UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>       Plaintiff,<br><br> v.<br><br>JAIME L. SNYDER, D/B/A "CHEAPESTSOFTWAREANYWHERE" AND JOHN DOES 1-10,<br><br>       Defendants. | No.  C08-1741 RSM<br><br>ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT JAIME L. SNYDER |

Having considered plaintiff Microsoft Corporation's ("Microsoft") Motion for Default Judgment and Permanent Injunction, the Declaration of David A. Bateman, the default entered by the Clerk on filed herein, the Complaint, and all other of the relevant papers and pleadings on file with the Court in this matter,

**THE COURT ORDERS AS FOLLOWS:**

 1. Defendant Jaime L. Snyder ("Defendant"), is liable to Microsoft for the infringement under the federal Copyright Act, 17 U.S.C. §§ 501 *et seq.*, resulting from her use in commerce of the copyrighted works TX 5-837-617 (Microsoft Office 2003), TX 5-901-713 (Microsoft Access 2003), TX 5-837-636 (Microsoft Excel 2003), TX 5-900-087 (Microsoft

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 1
CASE NO. C08-1741 RSM

K:\2000103\03159\21942_HS\21942P273L

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Outlook 2003), TX 5-852-649 (Microsoft PowerPoint 2003), TX 5-900-088 (Microsoft Word 2003), TX 5-837-618 (Microsoft Publisher 2003), TX 6-504-552 (Microsoft Office 2007 Ultimate), TX 6-524-395 (Microsoft Access 2007), TX 6-524-399 (Microsoft Excel 2007), TX 6-524-390 (Microsoft Groove 2007), TX 6-524-392 (Microsoft InfoPath 2007), TX 6-524-396 (Microsoft OneNote 2007), TX 6-524-393 (Microsoft Outlook 2007), TX 6-524-389 (Microsoft PowerPoint 2007), TX 6-524-388 (Microsoft Office Publisher 2007), and TX 6-524-398 (Microsoft Office Word 2007).

THE COURT NOW HEREBY ORDERS that Microsoft is awarded judgment against Defendant, as follows:

| | |
|---|---|
| Statutory Damages | $510,000.00 |
| TOTAL JUDGMENT | $510,000.00 |

This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961.

2.    Defendant Jaime L. Snyder and her agents, servants, employees, representatives, successors, and assigns, and all those acting in concert or participation with her shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

(a)    imitating, copying, or making any other infringing use or infringing distribution of the software and/or materials now or hereafter protected by the following copyright Certificates Registration Numbers:  TX 5-837-617 (Microsoft Office 2003), TX 5-901-713 (Microsoft Access 2003), TX 5-837-636 (Microsoft Excel 2003), TX 5-900-087 (Microsoft Outlook 2003), TX 5-852-649 (Microsoft PowerPoint 2003), TX 5-900-088 (Microsoft Word 2003), TX 5-837-618 (Microsoft Publisher 2003), TX 6-504-552 (Microsoft Office 2007 Ultimate), TX 6-524-395 (Microsoft Access 2007), TX 6-524-399 (Microsoft Excel 2007), TX 6-524-390 (Microsoft Groove 2007), TX 6-524-392 (Microsoft InfoPath 2007), TX 6-524-396 (Microsoft OneNote 2007), TX 6-524-393 (Microsoft Outlook 2007),

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 2
CASE NO. C08-1741 RSM

K:\2000103\03159\21942_HS\21942P273L

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

TX 6-524-389 (Microsoft PowerPoint 2007), TX 6-524-388 (Microsoft Office Publisher 2007), TX 6-524-398 (Microsoft Office Word 2007), in addition to any other items or works now or hereafter protected by any Microsoft copyright;

(b)     using any simulation, reproduction, counterfeit, copy or colorable imitation of Microsoft's registered Trademarks, Service Mark or Copyright Registration Number, including, but not limited to, those listed in paragraph (a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion or display of any software program, component, and/or item not authorized or licensed by Microsoft;

(c)     using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public erroneously to believe that any software program, component or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

(d)     using reproductions, counterfeits, copies or colorable imitations of Microsoft's copyrighted and trademark protected software and other materials in the distribution, offering for distribution, circulating, sale, offering for sale, advertising, importing, promoting or displaying of any merchandise not authorized or licensed by Microsoft;

(e)     using the names, logos or other variations thereof of any of Microsoft's copyright and/or trademark protected software in any of the defendants' trade or corporate names;

(f)     engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to sue or to exploit, these trademarks, service mark, and/or copyrights;

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 3
CASE NO. C08-1741 RSM

K:\2000103\03159\21942_HS\21942P273L

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

(g)     trafficking, distributing or intending to distribute any counterfeit or illicit

Microsoft Certificates of Authenticity or Certificate of Authenticity Labels or any Microsoft

documentation or packaging; and

(h)     assisting, aiding, or abetting any other person or business entity in engaging in

or performing any of the activities referred to in paragraphs (a) through (g) above.

**IT IS SO ORDERED.**

DATED this 6 day of April, 2009.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented By:
K&L GATES LLP


/s/ David A. Bateman
David A. Bateman, WSBA # 14262
Michelle Jensen, WSBA # 36611
Attorneys for Plaintiff
MICROSOFT CORPORATION
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  david.bateman@klgates.com

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 4
CASE NO. C08-1741 RSM

K:\2000103\03159\21942_HS\21942P273L

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022